UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE ALLEN-JULIUS STEWART,

    Plaintiff,

v.

    Case No. 25-cv-10116
    Hon. Brandy R. McMillion

RAPHAEL WASHINGTON, *ET. AL.*,

    Defendants.
_____/

## ORDER ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF NO. 37) AND DISMISSING THE CASE WITH PREJUDICE FOR FAILURE COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE

Plaintiff Maurice Allen-Julius Stewart ("Stewart"), a pretrial detainee in the Wayne County Jail, brought this *pro se* prisoner civil rights action against Defendants Raphael Washington, Robert Dunlap, Anthony Boyer, Pamela Donoho-Rose, Karmen Ramirez, Kenneth Toth, Tonia Williams, Cierra Crawford, and Pryor (collectively, "Defendants"), under 42 U.S.C. § 1983, challenging his conditions of confinement. *See generally* ECF No. 1.[1]

This matter was originally assigned to the Honorable George Caram Steeh but reassigned to the undersigned on April 2, 2024. On April 4, 2024, this Court referred

---

[1] The case was originally filed in conjunction with fellow inmates Michael David McCarren, Levertis Riley, IV, and Walter Galloway but the case was severed. *See* ECF No. 33.

all pretrial matters to Magistrate Judge Anthony P. Patti.  ECF No. 15.  On April 4, 2025, after this case was severed, Judge Patti issued an Order directing Stewart to:

> (1) make clear his current contact information, *see* E.D. Mich. LR 11.2 ("Failure to Provide Notification of Change of Address"); (2) inform the Court, in writing, as to whether he intends to continue prosecuting this case; **and**, if the answer is "yes," (3) file an amended complaint in Case No. 2:25-cv-10116-BRM-APP (E.D. Mich.), limited to *his* specific claims and making clear not only which individuals or entities *he* is suing but also which claims *he* is making (*e.g.*, citing the particular statutes or constitutional provisions) against each specified Defendant.

ECF No. 36, PageID.401 (emphasis in original).  Stewart was ordered to comply with this directive no later than May 3, 2025.  *Id*.  And he has failed to do so.  Consequently, on June 11, 2025, Judge Patti issued a Report and Recommendation (R&R) recommending that the undersign dismiss this lawsuit with prejudice for failure to comply with the Court's Order (ECF No. 36) and/or pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2 for failure to prosecute.  *See* ECF No. 37, PageID.403.  At the end of the R&R, the Magistrate Judge advised the parties that to seek review of his recommendation, they had to file specific objections with the Court within 14 days of service of the R&R.  *Id.* at PageID.411-412.

As of the date of this order, July 7, 2025—26 days since the Magistrate Judge filed the R&R—none of the parties have filed objections to the R&R or contacted the Court to ask for more time to file objections.  The failure to object to an R&R releases the Court from its duty to independently review the matter.  *See Thomas v.*

2

*Arn*, 474 U.S. 140, 149 (1985); *see also Ivey v. Wilson*, 832 F.2d 950, 957-58 (6th Cir. 1987) (explaining that a party's failure to timely object to a report and recommendation allows a court to accept the recommendation "without expressing any views on the merits of the magistrate's conclusions"). Similarly, failure to object to an R&R forfeits any further right to appeal. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (recognizing that a party forfeits their right to appeal by failing to timely file objections to an R&R).

Accordingly, because no objections to the R&R have been filed, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommended disposition of dismissal is **ADOPTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to comply with the Court's Order (ECF No. 36) and failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. LR 41.2.

*This is a final order that closes the case.*

    **IT IS SO ORDERED.**

Dated: July 7, 2025

s/Brandy R. McMillion  
Hon. Brandy R. McMillion  
United States District Judge

3